### COTTON v KLEIN

Ohio Supreme Court

No 22291. Decided April 1, 1931

Marshall, C.J., Matthias, Day, Allen and Kinkade, JJ., concur.

Full opinion will be published later. Watch **Omnibus Index.**

### KURTZ, et v KURTZ, et
### CADWELL, et v KURTZ, et

Ohio Supreme Court

Nos 22468 & 22494. Decided March 25, 1931

Marshall, C.J., Matthias, Day, Allen and Kinkade, JJ., concur. Jones, J., not participating.

Full opinion will be published later. Watch **Omnibus Index.**

### INDUSTRIAL COMMISSION v KLAFF

Ohio Supreme Court

No 22353. Decided April 1, 1931.

Marshall, C.J., Day and Kinkade, JJ., concur. Robinson, J., dissents. Matthias, J., favors reversal and final judgment for plaintiff-in-error.

Full opinion will be published later. Watch **Omnibus Index.**